Before the Second Division, June 6, 1950

**No. 54380.**—Alfred T. Cole et al. *v.* United States, protests 138756–K, etc. (New York).

Opinion by Lawrence, J.   The protests were dismissed.

**No. 54381.**—Apex Smelting Co. et al. *v.* United States, protests 141670–K, etc. (New York).

Opinion by Lawrence, J.   The protests were dismissed.

**No. 54382.**—Sale & Co., Inc. *v.* United States, protest 146872–K (New York).

Opinion by Lawrence, J.   The protest was dismissed.

**No. 54383.**—Atlas Imperial Diesel Engine Co. *v.* United States, protests 130378–K, etc. (Seattle).

Opinion by Rao, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the rough castings of iron the subject of *United States* v. *The Singer Manufacturing Company* (37 C. C. P. A. 104, C. A. D. 427), the claim of the plaintiff was sustained.